UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL JOHN BRAY                                                                                    PLAINTIFF
ADC #091109

V.                                      No. 3:23-CV-123-BRW-JTR

NATHAN THOMAS DANIELS,
Medical Doctor, Ouachita River Correctional Unit                              DEFENDANT

## TRANSFER ORDER

On May 22, 2023, Plaintiff Michael John Bray ("Bray"), an inmate incarcerated in the North Central Unit of the Arkansas Division of Correction ("ADC"), filed a *pro se* § 1983 Complaint. *Doc. 2*. Bray alleges that, while he was incarcerated in the ADC's Ouachita River Unit, he received inadequate medical care *Id.*

Under 28 U.S.C. § 1391(b), venue is proper in the judicial district where "a substantial part of the events or omissions giving rise to the claim occurred" or where "any defendant resides." Because the events giving rise to Bray's claims occurred at Ouachita River Unit, which is located in the Western District of Arkansas, and Defendant Nathan Thomas Daniels worked in (and presumably resided in) the Western District of Arkansas, the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or

district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 31st day of May, 2023.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE